NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

DEC 3 2018

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.    18-10160 |
| Plaintiff-Appellee, | D.C. No. 2:18-cr-00171-SRB |
| v. | |
| CARLOS VAZQUEZ-ANTUNEZ, a.k.a. Carlos Vasquez-Antunez, | MEMORANDUM* |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Susan R. Bolton, District Judge, Presiding

Submitted November 27, 2018**

Before:      CANBY, TASHIMA, and FRIEDLAND, Circuit Judges.

Carlos Vazquez-Antunez appeals from the district court's judgment and

challenges his guilty-plea conviction and sentence of 12 months and 1 day for

reentry of a removed alien, in violation of 8 U.S.C. § 1326.  Pursuant to *Anders v.*

*California*, 386 U.S. 738 (1967), Vazquez-Antunez's counsel has filed a brief

---

\*      This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Vazquez-Antunez the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Vazquez-Antunez waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009). We accordingly dismiss the appeal. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**